UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CYNTHIA PAULK, *et al.*, )
)
    Plaintiffs, )
) No. 3:12-CV-89
) (VARLAN/SHIRLEY)
V. )
)
SEVIER COUNTY, TENNESSEE, *et al.*, )
)
    Defendants. )

### MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the order of the District Judge [Doc. 45] referring Attorneys Phillip North and Edward Hadley's Renewed Motion to Withdraw [Doc. 39] to the undersigned for disposition. Attorney North and Attorney Hadley move the Court for leave to withdraw as counsel of record for Defendant Jessie Timbrook, in both her individual and official capacities, Defendant Tammy Finchum, in both her individual and official capacities, and Defendant First Med, Inc.

On September 27, 2012, Attorney Bryan Essary filed a Notice of Appearance on behalf of Ms. Finchum, in both her official and individual capacities. [Doc. 31].[1] On January 8, 2013, Attorneys Heidi A. Barcus and Daniel T. Swanson were substituted as counsel for First Med, Inc., and for Jessie Timbrook. Thus, the Court finds that Defendants Timbrook, Finchum, and First Med have retained substitute counsel.

---

[1] Attorney Justin Blake Carter filed a Notice of Appearance on behalf of Ms. Finchum, in both her official and individual capacities on October 23, 2012. [Doc. 32]. It appears to the Court that Mr. Carter is not admitted to practice in the Eastern District to Tennessee. In addition, he has not filed a motion to appear *pro hac vice*. He shall do so immediately if he intends to continue to represent Ms. Finchum in this case. This omission, however, does not affect the Court's instant ruling because Attorney Essary, who also serves as counsel for Ms. Finchum, is admitted to practice in the United States District Court for the Eastern District of Tennessee.

Because Defendants Timbrook, Finchum, and First Med have retained substitute counsel, who have appeared on their behalf in this case, the Court finds it appropriate to relieve Attorneys North and Hadley of their representation in this matter. Accordingly, the Renewed Motion to Withdraw **[Doc. 39]** is **GRANTED**. The hearing to address the Renewed Motion to Withdraw set to take place at 1:30 p.m. on January 10, 2013, is **CANCELLED**.

**IT IS SO ORDERED**.

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge